An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

KELVIN LEE WILSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63037

**FILED**

MAY 2 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a proper person appeal from an order of the district court denying a motion to grant authorization to the court stenographer to transcribe a sentencing hearing. Eighth Judicial District Court, Clark County; Jerome T. Tao, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to grant authorization to the court stenographer to transcribe a sentencing hearing, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.



_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

13-14747

cc:   Hon. Jerome T. Tao, District Judge
      Kelvin Lee Wilson
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk